**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| TIFFANY JONES | * |
|     Plaintiff | * |
| v. | *   Civil Action No.: 1:23-cv-00774-BPG |
| WALMART, INC. | * |
|     Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STATEMENT REGARDING STANDING ORDER CONCERNING REMOVAL**

Defendant Walmart, Inc., (hereinafter "Defendant" or "Walmart") by and through its attorneys Jennifer M. Alexander, Esquire, Kelly S. Kylis, Esquire, and MCNAMEE HOSEA, PA, hereby submit this Statement in reply to the Standing Order Concerning Removal, and states as follows:

1. **The date(s) on which each defendant was served with a copy of the summons and complaint.**

Defendant Walmart, Inc. was served with a copy of the Summons and Complaint on or about March 13, 2023.

2. **In actions predicated on diversity jurisdiction, an indication of whether any defendants who have been served are citizens of Maryland, and, for any entity that is not a corporation, the citizenship of all members.**

No Defendant is a citizen of Maryland. Defendant Walmart, Inc. is a corporation incorporated in the State of Delaware with its principal place of business in the State of Arkansas.

3. **If removal takes place more than thirty (30) days after any defendant was first served with a copy of the summons and complaint, the reasons why removal has taken place at this time and the date on which the defendant(s) was (were) first served with a paper identifying the basis for such removal.**

Not applicable.

4. **In actions removed to this court predicated on diversity jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons why this action should not be summarily remanded to state court.**

   Not applicable.

5. **Identification of any defendant who was served in the state court action prior to the time of removal who did not formally join in the notice of removal and the reasons why such defendant did not join.**

   Not applicable.

        Respectfully submitted,

        */s/ Jennifer M. Alexander*
        Jennifer M. Alexander, Esquire
        Federal Bar No. 15222
        jalexander@mhlawyers.com
        Kelly S. Kylis, Esquire
        Federal Bar No.: 14126
        kkylis@mhlawyers.com
        **MCNAMEE HOSEA, P.A.**
        888 Bestgate Road, Suite 402
        Annapolis, MD 21401
        Phone: 410-266-9909
        Fax:    410-266-8425
        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of March 2023, a copy of the foregoing was electronically filed and served via the Court's CM/ECF Systems:

Brandon C. James, Esquire
Law Office of Barry R. Glazer, LLC
P.O. Box 27166
1010 Light Street
Baltimore, Maryland 21230
*Attorneys for Plaintiff*

        /s/ *Jennifer M. Alexander*
        Jennifer M. Alexander